IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN JUSTIN BROWNLEE,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BAUGHMAN, et al.,<br><br>Defendants. | No. 2:19-CV-1987-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' motion, ECF No. 27, for an extension of time to file a motion to opt out of the Court's early Alternative Dispute Resolution program. Good cause appearing therefor, Defendants' motion is granted. Defendant may file an opt-out motion on or before February 28, 2022.

IT IS SO ORDERED.

Dated: February 2, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1