1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  ALICIA A. BOWER, State Bar No. 287799
   Supervising Deputy Attorney General
3  MEGAN CROSS, State Bar No. 251485
   Deputy Attorney General
4    300 South Spring Street, Suite 1702
     Los Angeles, CA  90013
5    Telephone: (213) 269-6110
     Fax: (916) 731-2126
6    E-mail:  Megan.Cross@doj.ca.gov
   *Attorneys for Defendants*
7  *C. Haring, R. Meier, J. Lynch, D. Katz,*
   *D. Baughman and M. Voong*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BENJAMIN JUSTIN BROWNLEE,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**DAVID BAUGHMAN, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:19-cv-01987-JAM-DMC-P<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY AND MODIFY THE SCHEDULING ORDER**<br><br>Judge:　　　　Hon. Dennis M. Cota<br>Trial Date:　　Not Set<br>Action Filed:　April 13, 2020 |

## STIPULATION

Plaintiff Benjamin Brownlee, an inmate proceeding *pro se*, and Defendants C. Haring, R. Meier, J. Lynch, D. Katz, D. Baughman and M. Voong, through their counsel of record, have met and conferred to discuss a potential informal resolution of this case. To avoid the expenditure of potentially unnecessary party and judicial resources for discovery and dispositive motion work while the parties attempt to resolve this case informally, the parties agree as follows:

　　1.　　Discovery is stayed for 60 days from May 12, 2022, to July 11, 2022;

　　2.　　The discovery cutoff deadline of June 6, 2022, is extended to August 5, 2022; and

　　3.　　The deadline for filing dispositive motions is extended from September 6, 2022, to November 7, 2022.

**IT IS SO STIPULATED**.

Dated: _____     /s/_____
                                   Benjamin Justin Brownlee
                                   Plaintiff, *pro se*

Dated: _____     /s/_____
                                   Megan Cross, Deputy Attorney General
                                   *Attorney for Defendants C. Haring,*
                                   *R. Meier, J. Lynch, D. Katz, D. Baughman,*
                                   *and M. Voong*

## ORDER

Pursuant to the stipulation of the parties, discovery is stayed for 60 days from May 12, 2022, to July 11, 2022. The discovery deadline is extended to August 5, 2022. Dispositive motions shall be filed no later than November 7, 2022.

**IT IS SO ORDERED**.

Dated: May 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE